ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of the DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, as Representative of THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-1544<br><br>**COMPLAINT** |

Plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing complains as follows:

**PARTIES AND JURISDICTION**

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332.

2. This action concerns real property located at 988 Parkway Drive, West Wendover, Nevada 89883 (**the property**). Shellpoint brings this action to adjudicate the parties' rights in the

72959108;1

1  property. Specifically, Shellpoint seeks to quiet title and reformation of the subject deed of trust, which Shellpoint contends encumbers the property. This court has jurisdiction over this matter notwithstanding the ongoing probate action in Elko County, Nevada, *In the Matter of the Estate of Dale J. Stewart*, Case No. PR-P1-17-41, wherein the property is subject to an ancillary administration proceeding. *See Markham v. Allen*, 326 U.S. 490, 494, 66 S.Ct. 296, 298 (1946).

3. Shellpoint is a limited liability company organized under the laws of the state of Delaware. Its principal office is in Greenville, South Carolina. The diversity of citizenship requirement is met. Shellpoint is a citizen of Delaware and South Carolina. Upon information and belief, and from all publicly available information, none of the defendants are citizens of Delaware or South Carolina. *See Carolina Casualty Ins. Co. v. Team Equipment, Inc.*, 741 F.3d 1082 (9th Cir. 2014). The amount in controversy requirement is met. Shellpoint seeks a declaration that the deed of trust, securing a loan with a principal balance of $128,000, encumbers the subject property. Upon information and belief, the property is worth $391,800, as evidenced by the attached screenshot from third-party website Zillow.com referenced below, in Paragraph 27.

4. Defendant Kelly Parsons is, on information and belief, an individual residing in Davis County, Utah, and the borrower on the loan secured by the deed of trust which is the subject of this action.

5. Defendant Vicki Parsons is, on information and belief, an individual residing in Davis County, Utah, who may claim an interest in the property.

6. Defendant Kevin Stewart is, on information and belief, an individual residing in Cooke County, Texas, who may claim an interest in the property.

7. Defendant Andrew Stewart is, on information and belief, an individual residing in Utah County, Utah, who may claim an interest in the property.

8. Defendant Melissa Pehrson is, on information and belief, an individual residing in Utah County, Utah, who may claim an interest in the property.

9. Defendant Daniel Stewart—sued in this action individually, as someone who may claim an interest in the property, and in his capacity as co-representative of the Dale J. Stewart estate

72959108;1

and trustee of the Dale J. Stewart Irrevocable Trust—is, on information and belief, an individual residing in Utah County, Utah.

10. Defendant Kamerin Tangero, co-representative of the Dale J. Stewart estate, is, on information and belief, an individual residing in Elko County, Nevada.

11. Does I through X, inclusive (the **Doe Defendants**), are individuals who may be liable for damages with the named defendants on the allegations set forth in this complaint or may have received fraudulent transfers, which are avoidable pursuant to NRS Ch. 112. Shellpoint may seek leave to amend this complaint to reflect the true names and identities of the Doe Defendants when known.

12. Roe Corporations I through X, inclusive (the **Roe Defendants**), are corporate entities that may be liable for damages with the named defendants on the allegations set forth in this complaint or may have received fraudulent transfers, which are avoidable pursuant to NRS Ch. 112. Shellpoint may seek leave of Court to amend this complaint to reflect the true names and identities of the Roe Defendants when known.

13. Venue is proper in this court under 28 U.S.C. §1391 since the property is located in West Wendover, Nevada.

## GENERAL ALLEGATIONS

14. On or about June 13, 2001, Kelly Parsons acquired ownership of the property through a grant, bargain, sale deed recorded on June 19, 2001, with the Elko County Recorder's Office as Document No. 470957. A true and correct copy of the grant, bargain, sale deed is attached as **Exhibit A**.

15. On or about November 26, 2001, Kelly Parsons refinanced his purchase of the property, obtaining a loan in the amount of $128,000 secured by a deed of trust (**the senior deed of trust**) dated November 26, 2001, and recorded on November 30, 2001, with the Elko County Recorder's Office as Document No. 476919. A true and correct copy of the senior deed of trust is attached as **Exhibit B**.

16. The legal description of the property in the senior deed of trust identifies the wrong parcel number, referencing "Parcel No. 1" instead of the correct parcel, Parcel No. 2.

17. Mortgage Electronic Registration Systems, Inc. (**MERS**) as nominee for Eagle Home Mortgage Inc. assigned the senior deed of trust to Bank of America, N.A. (**BANA**) via an assignment of deed of trust recorded on June 3, 2010, with the Elko County Recorder's Office as Document No. 627169.  A true and correct copy of the assignment is attached as **Exhibit C**.

18. BANA assigned the senior deed of trust to Green Tree Servicing LLC via as assignment of deed of trust recorded on June 3, 2013, with the Elko County Recorder's Office as Document No. 672968.  A true and correct copy of the assignment is attached as **Exhibit D**.

19. Ditech Financial f/k/a Green Tree Servicing LLC assigned the senior deed of trust to New Residential Mortgage LLC via an assignment of deed of trust recorded on November 30, 2020, with the Elko County Recorder's Office as Document No. 777816. A true and correct copy of the assignment is attached as **Exhibit E**.

20. New Residential Mortgage assigned the senior deed of trust to NewRez LLC d/b/a Shellpoint Mortgage Servicing via an assignment of deed of trust recorded on June 8, 2021, with the Elko County Recorder's Office as Document No. 778587. A true and correct copy of the assignment is attached as **Exhibit F**.

21. Shellpoint assigned the senior deed of trust to U.S. Bank National Trust Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust via as assignment of deed of trust recorded on November 14, 2022, with the Elko County Recorder's Office as Document No. 812986.  A true and correct copy is attached as **Exhibit G**.

22. Federal National Mortgage Association (**Fannie Mae**) owns the loan, consisting of the note and deed of trust.  Fannie Mae contractually authorized Shellpoint to service the loan, and Shellpoint services the loan in that capacity.

23. A grant, bargain, sale deed purporting to transfer Parsons' interest in the property to Dale J. Stewart and Sheila Stewart, husband and wife as joint tenants, was recorded on March 7, 2003, with the Elko County Recorder's Office as Document No. 496306.  A true and correct copy is attached as **Exhibit H**.

24. An affidavit – death of joint tenant for Sheila Ann Stewart with a certified death certificate attached thereto, stating that Sheila Stewart died on January 4, 2001, was recorded on

May 2, 2001, with the Elko County Recorder's Office as Document No. 639465. A true and correct copy is attached as **Exhibit I**.

25. On information and belief, Dale J. Stewart died on March 5, 2016.

26. A grant, bargain, sale deed from Kevin Stewart, Daniel Stewart, Andrew Stewart, and Melissa Pehrson to Daniel Stewart, Trustee of the Dale Stewart Irrevocable Memorial Trust, was recorded on August 7, 2017, with the Elko County Recorder's Office as Document No. 728990. A true and correct copy is attached as **Exhibit J**.

27. On information and belief, sale of the property is currently pending. True and correct copies of the property listing on third-party websites Zillow.com and Redfin.com are attached as **Exhibits K & L**.

## FIRST CAUSE OF ACTION
### (Quiet Title/Declaratory Relief)

28. Shellpoint repeats and re-alleges the preceding paragraphs as though fully set forth herein and incorporates the same by reference.

29. Pursuant to 28 U.S.C. § 2201, this court is empowered to declare the rights of parties and other legal relations of parties regarding the property at issue.

30. An actual controversy has arisen between Shellpoint and defendants regarding the property. The senior deed of trust is a first secured interest on the property.

31. Shellpoint's interest in the senior deed of trust encumbering the property constitutes an interest in real property.

32. There is an actual controversy regarding the enforceability of the senior deed of trust.

33. Upon information and belief, defendants claim or may claim an interest in the property adverse to Shellpoint, and may claim the senior deed of trust has been satisfied despite that it has not been released or reconveyed of record, and a judicial determination is necessary to ascertain the rights, obligations, and duties of the various parties.

34. The senior deed of trust has not been satisfied and continues to encumber the property.

/ / /

72959108;1

35. Shellpoint is entitled to a declaration the senior deed of trust has not been satisfied and continues to encumber the property.

36. Shellpoint was required to retain an attorney to prosecute this action, and is therefore entitled to collect its reasonable attorneys' fees and costs.

## SECOND CAUSE OF ACTION
### (Reformation)

37. Shellpoint repeats and re-alleges the preceding paragraphs as though fully set forth herein and incorporates the same by reference.

38. The legal description of the property set forth in the senior deed of trust contained one or more errors, and the senior deed of trust and all related documents should be reformed to include or correspond to the correct legal description of the property set forth herein.

39. It would be inequitable not to reform the legal description in the senior deed of trust and other related documents to the correct legal description of the property.

40. Justice and fairness demand that the legal description in the deed of trust and any related documetns be reformed to include or correspond to the correct legal description of the property.

41. Shellpoint was required to retain an attorney to prosecute this action, and is therefore entitled to collect its reasonable attorneys' fees and costs.

## PRAYER FOR RELIEF

Shellpoint requests the court grant the following relief:

1. A declaratory judgment that the deed of trust dated November 26, 2001, and recorded on November 30, 2001, with the Elko County Recorder's Office as Document No. 476919, be amended and reformed to include the following correct legal description of the property:

> Parcel No. 2, according to that certain Parcel Map for State Line Hotel, Inc., filed in the office of the County Recorder of Elko County, State of Nevada, on April 23, 2001, as File No. 469106, being a portion of Section 15, Township 33 North, Range 70 East, Mount Diablo Base and Meridian.
>
> TOGETHER WITH a non-exclusive roadway easement and right of way for ingress and egress purposes across a portion of Lot 1 of Section 15, Township 33 North, Range 70 East, Mount Diablo Base and Meridian, Elko County, Nevada, more particularly described as follows:

72959108;1

COMMENCING at the Northeast corner of said Section 15, thence South 0°38'13" West 365.00 feet along the Nevada-Utah state line to Corner No. 1, the true point of beginning; thence South 82°09'27" West 410.29 feet to Corner No. 2; thence South 70°50'00" West 250.84 feet to Corner No. 3; thence North 88°30'00" West 146.53 feet to Corner No. 4; thence North 1°30'00" East 499.01 feet to Corner 5, being on the North line of said Section 15; thence South 89°57'10" West 30.01 feet along the said North line of said Section 15 to Corner No. 6; thence South 1°30'00" West 558.20 feet to Corner No. 7; thence South 88°30'00" East 187.47 feet to Corner No. 8; thence North 70°50'00" East 255.84 feet to Corner No. 9; thence North 82°09'27" East 395.38 feet to Corner No. 10, a point on the Nevada-Utah state line; thence North 0°38'13" East 60.66 feet along the said Nevada-Utah state line to Corner No. 1, the point of BEGINNING.

ALSO TOGETHER WITH a 30.00 foot wide non-exclusive right of way for ingress and egress and utilities, and being further described as follows:

BEGINNING at a point on the North line of Gregory Way, a 30.00 and 60.00 foot wide right of way as shown on that certain Parcel Map File No. 118721 as recorded in the Elko County Recorder's Office said point being South 00°38'13" West 365.00 feet along the section line and South 82°09'27" West 410.29 feet along the North line of said Gregory Way from the Northeast corner of Section 15, Township 33 North, Range 70 East, Mt. Diablo Base & Meridian and running thence South 70°50'00" West 30.00 feet; thence North 19°10'00" West 134.43 feet; thence along the arc of a curve to the left, said curve having a radius of 240.00 feet, arc length or 290.42 feet, central angle of 69°20'00", and a chord bearing of North 53°50'00" West; thence North 88°30'00" West 81.17 feet to the East line of Gregory Way; thence North 01°30'00" East 30.00 feet along said Gregory Way; thence South 88°30'00" East 81.17 feet; thence along the arc of a curve to the right, said curve having a radius of 270.00 feet, arc length of 326.73 feet, central angle of 69°20'00", and a chord bearing of South 53°50'00" East; thence South 19°10'00" East 134.43 feet to the point of BEGINNING.

2. A declaratory judgment that any and all documents related to the senior deed of trust and recorded with the Elko County Recorder be amended and reformed to include or correspond to the correct legal description of the subject property set forth above.

3. A declaratory judgment declaring the rights of the parties as to the property.

///
///
///
///
///
///
///
///
///

72959108;1

4. A declaratory judgment that the senior deed of trust has not been satisfied and continues to encumber the property.

5. Reasonable attorneys' fees as special damages and the costs of suit; and

6. For such other and further relief the Court deems proper.

DATED September 28, 2023.

**AKERMAN LLP**

/s/ *Paige L. Magaster*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

72959108;1

# INDEX OF EXHIBITS TO COMPLAINT

| | |
|---|---|
| Exhibit A | Grant bargain sale deed to Kelly Parsons |
| Exhibit B | Deed of trust |
| Exhibit C | Assignment of deed of trust to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP |
| Exhibit D | Assignment of deed of trust to Green Tree Servicing LLC |
| Exhibit E | Assignment of deed of trust to New Residential Mortgage LLC |
| Exhibit F | Assignment of deed of trust to NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| Exhibit G | Assignment of deed of trust to U.S. Bank National Trust Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust |
| Exhibit H | Grant bargain sale deed to Dale Stewart and Sheila Stewart |
| Exhibit I | Affidavit – death of joint tenant |
| Exhibit J | Grant bargain sale deed to Daniel Stewart, Trustee of the Dale J. Stewart Irrevocable Memorial Trust |
| Exhibit K | Zillow.com screenshot |
| Exhibit L | Redfin.com screenshot |

72959108;1