UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC, | Case No.: 2:23-cv-01544-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| KELLY PARSONS, et al., | |
| Defendants | |

In light of plaintiff NewRez LLC's response to the order to show cause (ECF No. 8),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not dismiss this action for lack of subject matter jurisdiction.

DATED this 23rd day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE