# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC, | Case No.: 2:23-cv-01544-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| KELLY PARSONS, et al., | |
| Defendants | |

I ORDER that the certificate of interested parties (ECF No. 24) filed by defendants Kevin Stewart; Andrew Stewart; Melissa Pehrson; Daniel Stewart, individually and as representative of the Estate of Dale J. Stewart and as Trustee of the Dale Stewart Irrevocable Memorial Trust; and Kamerin Tangero as representative of the Estate of Dale J. Stewart is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by November 30, 2023.

DATED this 16th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE