ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>v.<br><br>KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of the DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, as Representative of THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.  2:23-cv-01544-APG-BNW<br><br>**DISCLAIMER OF INTEREST AND STIPULATION AND ORDER FOR DISMISSAL OF VICKI PARSONS** |
| DANIEL STEWART and KAMERIN TANGARO, as Co-Represenatives of THE ESTATE OF DALE J. STEWART,<br><br>Cross-Plaintiffs,<br><br>vs.<br><br>KELLY PARSONS,<br><br>Cross-Defendant. | |

1

Plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing, and defendant Vicki Parsons, by and through their counsel of record, stipulate as follows:

1. The subject property is located at 988 Parkway Drive, West Wendover, NV 89883 and bears Assessor's Parcel Numbers 010-740-108 and 010-740-021.

2. Vicki Parsons has never held any right, title, or interest in the subject property, and she does not claim any current right, title, or interest in the subject property.

3. Vicki Parsons agrees to accept service of any subpoena that Shellpoint may serve pursuant to Rule 45 of the Federal Rules of Civil Procedure that is directed at her and related to this action through her counsel of record, Trevor R. Waite. Ms. Parsons agrees that proof of service on Mr. Waite shall constitute proof of service under Rule 45(b)(4) for any such subpoena.

4. Shellpoint agrees to dismiss Vicki Parsons without prejudice from the instant lawsuit, with the parties to bear their own fees and costs.

DATED this 23rd day of February, 2024.

| **AKERMAN LLP** | **FABIAN VANCOTT** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Trevor R. Waite*<br>TREVOR R. WAITE, ESQ.<br>Nevada Bar No. 13779<br>411 E. Bonneville Avenue, Suite 400<br>Las Vegas, NV 89101<br><br>*Attorneys for Vicki Parsons and Kelly Parsons* |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS ORDERED that defendant Vicki Parsons is dismissed without prejudice. IT IS FURTHER ORDERED that each party shall bear their own fees and costs.

DATED: February 26, 2024.

_____
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:23-cv-01544-APG-BNW