# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC, | Case No.: 2:23-cv-01544-APG-BNW |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| KELLY PARSONS, et al., | |
| Defendants | |

I ORDER that defendant Kelly Parsons' certificate of interested parties (ECF No. 40) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Kelly Parsons' citizenship as required by the amendment to that rule.

I FURTHER ORDER defendant Kelly Parsons to file a proper certificate of interested parties by March 13, 2024.

DATED this 28th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE