AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail:  amaurice@mauricewood.com
         bwood@mauricewood.com
         abaker@mauricewood.com

Attorneys for Defendants/Cross-Plaintiffs, KEVIN STEWART, ANDREW STEWART, MELISSA PEHRSON, DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of The DALE STEWART IRREVOCABLE MEMORIAL TRUST, and KAMERIN TANGARO, as Representative of THE ESTATE OF DALE J. STEWART

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of the DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, as Representative of THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01544-APG-BNW<br><br>**EX PARTE MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |

DANIEL STEWART and KAMERIN TANGARO, as Co-Representatives of THE ESTATE OF DALE J. STEWART,

Cross-Plaintiffs,

vs.

KELLY PARSONS,

Cross-Defendant.

The undersigned law firm hereby submits this Motion for Removal from CM/ECF Service list as to Elizabeth E. Aronson, Esq.

### MEMORANDUM OF POINTS AND AUTHORITIES

Request is hereby made that Elizabeth E. Aronson Esq. be removed from the CM/ECF service list in this case. Amanda K. Baker has been re-assigned as the associate of record for this case. Therefore, the undersigned hereby submits this Motion and requests that Ms. Aronson be removed from the CM/ECF service and that Notices no longer be served by electronic means to the following e-mail address: earonson@mauricewood.com.

DATED this 12th day of March, 2024.

**MAURICE WOOD**

By */s/ Amanda K. Baker*
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
AMANDA BAKER, ESQ.
Nevada Bar No. 15172
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117

Attorneys for Defendants/Cross-Plaintiffs, KEVIN STEWART, ANDREW STEWART, MELISSA PEHRSON, DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of the DALE STEWART IRREVOCABLE MEMORIAL TRUST, and KAMERIN TANGARO, as Representative of THE ESTATE OF DALE J. STEWART

**IT IS SO ORDERED**

**DATED:** 4:46 pm, March 13, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

(8753-61)    Page 2 of 2