ARIEL STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART, AND AS TRUSTEE OF THE DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants.<br>DANIEL STEWART and KAMERIN TANGARO, as Co-Represenatives of THE ESTATE OF DALE J. STEWART,<br><br>Cross-Plaintiffs,<br><br>vs.<br><br>KELLY PARSONS,<br><br>Cross-Defendant. | Case No.: 2:23-cv-01544-APG-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

79781585;1

|   |   |
|---|---|
| 1 | KELLY PARSONS, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive, |
| 5 | |
| 6 | Third-Party Defendants. |

**TO:  ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Natalie L. Winslow, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Ms. Winslow be removed from the service list.

Akerman LLP continues to serve as counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Paige L. Magaster, Esq.

DATED this 11th day of February 2025.

**AKERMAN LLP**

/s/ *Paige L. Magaster*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**IT IS SO ORDERED**

**DATED:** 8:43 am, February 12, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

79781585;1