ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1180 N. Town Center, Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, <br><br> Plaintiff, <br><br> vs. <br><br> KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART, AND AS TRUSTEE OF THE DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE, <br><br> Defendants. | Case No.: 2:23-cv-01544-APG-BNW <br><br><br> **STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE AND STAY DISCOVERY** <br><br> **(FIRST REQUEST)** |
| DANIEL STEWART and KAMERIN TANGARO, as Co-Represenatives of THE ESTATE OF DALE J. STEWART, <br><br> Cross-Plaintiffs, <br><br> vs. <br><br> KELLY PARSONS, <br><br> Cross-Defendant. | |

80515544;2

| | |
|---|---|
| 1 | KELLY PARSONS, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive, |
| 5 | |
| 6 | Third-Party Defendants. |

NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**); Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro, erroneously named as Kamerin Tangero, as representative of the Estate of Dale J. Stewart (**Estate Defendants**); and Stewart Title Guaranty Company (**STGC**), by and through their respective attorneys of record, and Kelly Parsons (**Parsons**), on his own behalf, stipulate as follows:

1. Shellpoint initiated this action on September 28, 2023 and amended its complaint as a matter of course on October 19, 2023. ECF Nos. 1, 7.

2. The Estate Defendants answered and asserted crossclaims against Parsons on November 15, 2023. ECF No. 23.

3. Parsons answered Shellpoint's first amended complaint on February 27, 2024, ECF No. 39, and the crossclaims asserted against him the following month, on March 26, 2024, ECF No. 47.

4. Parsons served STGC with a third-party complaint on May 17, 2024, which STGC answered on June 21, 2024. ECF Nos. 53, 55, 56.

5. STGC moved for a six-month extension of the discovery and dispositive motion deadlines, which the other parties did not oppose and the court granted. ECF Nos. 57, 59, 60.

6. Shellpoint moved on January 22, 2025 to extend discovery an additional 90 days for Shellpoint to obtain documents and information from STGC and complete party depositions and filed an emergency discovery motion shortly thereafter. ECF No. 65, 66.

7. The Estate Defendants opposed Shellpoint's extension motion, ECF No. 67, and STGC filed a joinder after Shellpoint withdrew its emergency discovery motion, ECF Nos. 68, 69.

1  8. The court, finding good cause to grant in part and deny in part Shellpoint's motion to
2  extend time, ordered the deadlines for discovery, dispositive motions, and the joint pretrial order by
3  45 days, with discovery closing on March 31, 2025.

4  9. Party depositions are set during the current discovery period and remain outstanding.

5  10. Pursuant to LR 1-1, "attorneys, as officers of the court, [are obligated] to work toward
6  the prompt completion of each case and to minimize litigation expense," and this "court is committed
7  to assisting attorneys and parties in reducing costs in civil cases," including through the setting of
8  settlement conferences.

9  11. The parties have considered and agree that participation in a settlement conference with
10  a magistrate judge is appropriate here and helpful to potentially reduce costs and resolve this case
11  more effectively.

12  12. The parties therefore request that the court, pursuant to LR 16-5, set this civil case for
13  a confidential settlement conference before the magistrate judge assigned to this matter within 45-60
14  days from the date of the court's approval of this stipulation.

15  13. The parties further request that the court stay discovery while the settlement conference
16  remains pending, with the parties to submit a joint status update within 14 days after the settlement
17  conference is complete.

18  14. If the settlement conference is unsuccessful, the parties agree to at least 90 days to
19  conduct discovery upon the filing of the joint status report. The Parties' joint status report must request
20  new deadlines for discovery, dispositive motions, and the joint pretrial order. The parties may make
21  this request jointly, or if the parties cannot agree, each party may propose new dates and briefly set
22  forth the supporting reasons. The court shall thereafter issue a discovery scheduling order.

23  . . .
24  . . .
25  . . .
26  . . .
27
28

1  15. This is the parties' first request to stay discovery. Based on the foregoing, the parties
2 agree that good cause exists to stay discovery pending a settlement conference, and that the discovery
3 stay is sought in good faith and will not unduly prejudice any party.

| DATED: March 19, 2025.<br><br>**AKERMAN LLP**<br><br>_/s/ Paige Magaster_<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>_Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing_ | DATED: March ____, 2025.<br><br>_[SEE FOLLOWING PAGE]_<br>KELLY PARSONS<br><br>PO Box 373<br>Bountiful, Utah 84011<br><br>_Pro Se_ |
|---|---|
| DATED: March 19, 2025.<br><br>**GERRARD COX LARSEN**<br><br>_/s/ Lindsay Reynolds_<br>DOUGLAS D. GERRARD, ESQ.<br>Nevada Bar No. 4613<br>LINDSAY REYNOLDS, ESQ.<br>Nevada Bar No. 16970<br>2450 Saint Rose Parkway, Suite 200<br>Henderson, NV 89074<br><br>_Attorney for Stewart Title Guaranty Company_ | DATED: March 19, 2025.<br><br>**MAURICE WOOD**<br><br>_/s/ Brittany Wood_<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>AMANDA K. BAKER, ESQ.<br>Nevada Bar No. 15172<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br><br>_Attorneys for Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro_ |

15. This is the parties' first request to stay discovery. Based on the foregoing, the parties agree that good cause exists to stay discovery pending a settlement conference, and that the discovery stay is sought in good faith and will not unduly prejudice any party.

| DATED: March ___, 2025. | DATED: March 9, 2025. |
|---|---|
| **AKERMAN LLP** | |
| /s/ | /s/ |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144 | KELLY PARSONS<br><br>PO Box 373<br>Bountiful, Utah 84011 |
| *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | *Pro Se* |
| DATED: March ___, 2025. | DATED: March ___, 2025. |
| **GERRARD COX LARSEN** | **MAURICE WOOD** |
| /s/ | /s/ |
| DOUGLAS D. GERRARD, ESQ.<br>Nevada Bar No. 4613<br>LINDSAY REYNOLDS, ESQ.<br>Nevada Bar No. 16970<br>2450 Saint Rose Parkway, Suite 200<br>Henderson, NV 89074 | BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>AMANDA K. BAKER, ESQ.<br>Nevada Bar No. 15172<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117 |
| *Attorney for Stewart Title Guaranty Company* | *Attorneys for Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro* |

This Court GRANTS the above stipulation. An order setting the settlement conference for May 5, 2025, is forthcoming. Discovery will be stayed until May 19, 2025 (14 days after the settlement conference), at which point the parties must file a joint status report.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2025

4

80515544;2