1  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
2  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
3  AKERMAN LLP
   1180 N. Town Center Dr., Suite 290
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: scott.lachman@akerman.com
6  Email: nicholas.belay@akerman.com

7  *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART, AND AS TRUSTEE OF THE DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Defendants. | Case No.: 2:23-cv-01544-APG-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| DANIEL STEWART and KAMERIN TANGARO, as Co-Represenatives of THE ESTATE OF DALE J. STEWART,<br><br>Cross-Plaintiffs,<br><br>vs.<br><br>KELLY PARSONS,<br><br>Cross-Defendant. | |

82378053;1

|   |   |
|---|---|
| 1 | KELLY PARSONS, |
| 2 | Third-Party Plaintiff, |
| 3 | vs. |
| 4 | STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive, |
| 5 |  |
| 6 | Third-Party Defendants. |

**TO:  ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ariel E. Stern, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Mr. Stern be removed from the service list.

Akerman LLP continues to serve as counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing.

All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to the undersigned.

DATED this 23rd day of July, 2025.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

**IT IS SO ORDERED**.

DATED: 7/24/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

82378053;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of July 2025, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses:

> Kelly Parsons
> PO Box 373
> Bountiful, UT 84011

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☐ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below:

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Patricia Larsen*
An employee of AKERMAN LLP

82378053;1

3