1  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
2  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
3  **AKERMAN LLP**
   1180 N. Town Center Dr., Suite 290
4  Las Vegas, NV 89144
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: scott.lachman@akerman.com
6  Email: nicholas.belay@akerman.com

7  *Attorneys for NewRez LLC dba
   Shellpoint Mortgage Servicing*
8

9                       **UNITED STATES DISTRICT COURT**

10                             **DISTRICT OF NEVADA**

| | |
|---|---|
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | Case No.: 2:23-cv-01544-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT BY KEVIN STEWART, ANDREW STEWART, MELISSA PEHRSON, DANIEL STEWART, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART, AND AS TRUSTEE OF THE DALE STEWART IRREVOCABLE MEMORIAL TRUST, AND KAMERIN TANGARO, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART** |
| vs. | |
| KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART, AND AS TRUSTEE OF THE DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE, | |
| Defendants. | **(THIRD REQUEST)** |
| DANIEL STEWART and KAMERIN TANGARO, as Co-Represenatives of THE ESTATE OF DALE J. STEWART, | |
| Cross-Plaintiffs, | |
| vs. | |
| KELLY PARSONS, | |
| Cross-Defendant. | |

84425976;1

|   |   |
|---|---|
| KELLY PARSONS,<br><br>                 Third-Party Plaintiff,<br><br>vs.<br><br>STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive,<br><br>                 Third-Party Defendants. |   |

Defendants Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as Representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro, as Representative of the Estate of Dale J. Stewart (**Estate Defendants**) and plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) stipulate and agree that Shellpoint shall have up to and including **November 24, 2025**, to file its response to Estate Defendants' motion for summary judgment (Dkt. 92) in this matter. The current deadline is November 21, 2025. The parties further stipulate that Estate Defendants shall have up to and including **December 19, 2025** to file their reply. Good cause exists to grant the requested extension due to time and scheduling constraints on the part of counsel. This is the parties' third request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED November 21, 2025.

| **AKERMAN LLP** | **MAURICE WOOD** |
|---|---|
| */s/ Nicholas E. Belay*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | */s/ Brittany Wood*<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>AMANDA K. BAKER, ESQ.<br>Nevada Bar No. 15172<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorneys for Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:23-cv-01544-APG-BNW
DATED: November 24, 2025

84425976;1