AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7616
Facsimile: (702) 463-6224
E-Mail: amaurice@mauricewood.com
bwood@mauricewood.com
abaker@mauricewood.com

Attorneys for Defendants/Cross-Plaintiffs, KEVIN STEWART, ANDREW STEWART, MELISSA PEHRSON, DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of The DALE STEWART IRREVOCABLE MEMORIAL TRUST, and KAMERIN TANGARO, as Representative of THE ESTATE OF DALE J. STEWART

MAURICE WOOD
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Tel: (702) 463-7616 Fax: (702) 463-6224

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,

Plaintiff,

vs.

KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, individually, as Representative of THE ESTATE OF DALE J. STEWART, and as Trustee of the DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGARO, as Representative of THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

AND ALL RELATED CLAIMS

CASE NO. 2:23-cv-01544-APG-DJA

Case No.: 2:23-cv-01544-APG-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**

**(FIRST REQUEST)**

Defendants Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as Representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro, as Representative of the Estate of Dale J. Stewart (**Estate Defendants)** and Plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) stipulate and agree that the parties shall have up to and including **October 5, 2026**, to file their opening Supplemental Briefs ordered by this Court (Dkt. 110) and until **October 12, 2026,** to file their Answering Briefs. The current deadlines are September 9, 2026, and September 16, 2026.

In accordance with FRCP 1, good cause exists to grant the requested extension to allow the parties additional time to determine whether the matter can be resolved without further briefing for purposes of judicial efficiency. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

MAURICE WOOD
**8250 West Charleston Blvd., Suite 100**
**Las Vegas, Nevada 89117**
**Tel: (702) 463-7616 Fax: (702) 463-6224**

**Akerman LLP**

/s/ Nicholas E. Belay
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

**Maurice Wood**

/s/ Brittany Wood
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
AMANDA K. BAKER, ESQ.
Nevada Bar No. 15172
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
*Attorneys for Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro*

**ORDER**

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE