SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

akerman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,

Plaintiff,

vs.

KELLY PARSONS; VICKI PARSONS; KEVIN STEWART; ANDREW STEWART; MELISSA PEHRSON; DANIEL STEWART, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART, AND AS TRUSTEE OF THE DALE STEWART IRREVOCABLE MEMORIAL TRUST; KAMERIN TANGERO, AS REPRESENTATIVE OF THE ESTATE OF DALE J. STEWART; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,

Defendants.

---

DANIEL STEWART and KAMERIN TANGARO, as Co-Represenatives of THE ESTATE OF DALE J. STEWART,

Cross-Plaintiffs,

vs.

KELLY PARSONS,

Cross-Defendant.

Case No.: 2:23-cv-01544-APG-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**

**(SECOND REQUEST)**

KELLY PARSONS,

Third-Party Plaintiff,

vs.

STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS 1-X, inclusive, and ROE CORPORATIONS 1-X, inclusive,

Third-Party Defendants.

Defendants Kevin Stewart, Andrew Stewart, Melissa Pehrson, Daniel Stewart, individually, as Representative of the Estate of Dale J. Stewart, and as Trustee of the Dale Stewart Irrevocable Memorial Trust, and Kamerin Tangaro, as Representative of the Estate of Dale J. Stewart (**Estate Defendants)** and plaintiff NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) stipulate and agree that the parties shall have up to and including **October 26, 2026**, to file their opening Supplemental Briefs ordered by this Court (ECF No. 110), and until **November 2, 2026**, to file their Answering Briefs. The current deadlines are October 5, 2026, and October 12, 2026. ECF No. 113.

In accordance with FRCP 1, good cause exists to grant the requested extension. The parties have reached an agreement to resolve the matters at issue in the court-ordered Supplemental Briefs and require additional time to finalize the agreement.

This is the parties' second request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED October 5, 2026.

| | |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Nicholas E. Belay*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1180 N. Town Center Dr., Suite 290<br>Las Vegas, NV 89144<br>*Attorneys for Shellpoint* | **MAURICE WOOD**<br><br>*/s/ Brittany Wood*<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>AMANDA K. BAKER, ESQ.<br>Nevada Bar No. 15172<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorneys for the Estate Defendants* |

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**
Case No. 2:23-cv-01544-APG-BNW